IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERRY QUINN DAVIS,

    Plaintiff,

vs.                               CASE NO. 3:07cv168/RS

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 4). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B).

3. The clerk is directed to close the file.

ORDERED on May 18, 2007.

          /S/ Richard Smoak
          **RICHARD SMOAK**
          **UNITED STATES DISTRICT JUDGE**